**GARDY & NOTIS, LLP**
Jennifer Sarnelli
126 E. 56TH STREET, 8TH FLOOR
NEW YORK, NY 10022
TELEPHONE: 212-905-0509

*Liaison Counsel for Plaintiff, Additional Counsel on Signature Page*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN MELDON, Derivatively and on Behalf of FRESHPET, INC., | CIVIL ACTION NO.: 18-CV-10166 |
| Plaintiff, | **MOTION DATE: JUNE 1, 2020** |
| vs. | |
| RICHARD THOMPSON, RICHARD KASSAR, SCOTT MORRIS, CATHAL WALSH, THOMAS FARINA, MACCHIAVERNA, MICHAEL HIEGER, CHARLES A. NORRIS, CHRISTOPHER B. HARNED, DARYL G. BREWSTER, ROBERT C. KING, JONATHAN S. MARLOW, J. DAVID BASTO, LAWRENCE S. COBEN, PH.D., WALTER N. GEORGE III, and CRAIG D. STEENECK, | |
| Defendants, | |
| and | |
| FRESHPET, INC., | |
| Nominal Defendant. | |

## PLAINTIFF'S MOTION FOR PRELIMINARY
## APPROVAL OF PROPOSED SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that on June 1, 2020 Plaintiff John Meldon ("Plaintiff"), derivatively on behalf of Freshpet, Inc., will move before the Honorable Madeline Cox Arleo, United States District Judge for the United States District Court for the District of New Jersey, Courtroom 4A of the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for entry of an Order pursuant to Federal Rule of Civil Procedure 23.1(c) for preliminary approval of the proposed settlement agreement (the "Settlement"). In support of this motion, Plaintiff has filed the accompanying Memorandum in Support of Motion for Preliminary Approval of Proposed Settlement Agreement and Declaration of Jennifer Sarnelli with exhibits thereto.

Dated: May 8, 2020

Respectfully submitted,

s/Jennifer Sarnelli
Jennifer Sarnelli
James S. Notis
**GARDY & NOTIS, LLP**
126 E. 56th Street, 8th Floor
New York, NY 10022
Telephone: 212-905-0509
Facsimile: 212-906-0508
Email: jsarnelli@gardylaw.com
jnotis@gardylaw.com
*Liaison Counsel for Plaintiff*

**BRAGAR EAGEL & SQUIRE, P.C.**
David J. Stone
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: 212-308-5858
Email: stone@bespc.com
fortunato@bespc.com


**HYNES & HERNANDEZ, LLC**
Michael J. Hynes
Ligaya T. Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
Facsimile: (914) 752-3041
Email: mhynes@hh-lawfirm.com
lhernandez@hh-lawfirm.com
*Counsel for Plaintiff*